UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KASRA REZAEE,**

    **Petitioner,**

    v.                                       Case No.:  6:25-cv-1140-CEM-DCI

**PRESIDENT OF THE UNITED STATES; SECRETARY, DEPARTMENT OF HOMELAND SECURITY; U.S. ATTORNEY GENERAL; DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ASSISTANT FIELD OFFICER IN CHARGE OF MIAMI FIELD OFFICE; and CHIEF, ORANGE COUNTY CORRECTIONS DEPARTMENT;**

    **Respondents.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner Kasra Rezaee's Petition for Writ of Habeas Corpus ("Petition," Doc. 1), Amended Petition for Writ of Habeas Corpus ("Amended Petition," Doc. 9), Motion for Temporary Restraining Order and Preliminary Injunction ("Motion for TRO," Doc. 2), and Amended Motion for Temporary Restraining Order and Preliminary Injunction ("Amended Motion for TRO," Doc. 10). On June 30, 2025, the Court ordered Respondents to file a Response

to the Petition and Motion for TRO by July 7, 2025. (Doc. 6). Thereafter, Petitioner filed the Amended Petition and Amended Motion for TRO. Thus, the Petition and Motion for TRO are moot and will be denied, and Respondents will be required to respond to the Amended Petition and Amended Motion for TRO.

Upon consideration, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition for Writ of Habeas Corpus (Doc. 1) and Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) are **DENIED as moot**.

2. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Amended Petition (Doc. 9), Petitioner's Amended Motion for TRO (Doc. 10), and any memorandum, declaration, or exhibit attached to the Amended Petition or Amended Motion for TRO electronically to the United States Attorney's Office in Orlando, Florida and by certified mail to the following: (1) the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; (2) the United States Attorney for the Middle District of Florida (attention to the Civil Process Clerk); (3) the Attorney General of the United States in Washington, D.C.; and (4) the U.S. Department of Homeland Security. All costs of service shall be advanced by the United States.

3. On or before **July 8, 2025**, Respondents shall file a Response to the Amended Petition and Amended Motion for TRO.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2025.



Copies furnished to:

Counsel of Record

US Attorney's Office - FLM
Suite 3100
400 W Washington St
Orlando, FL 32801

U.S. Attorney's Office
400 W. Washington Street
Suite 3100
Orlando, FL 32801

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485